# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00732-CV

**Sandra Archibald, Appellant**

**v.**

**George Colvin, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-05-002532, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Sandra Archibald and counsel for appellee George Colvin have filed a joint motion to remand, requesting that the trial court's judgment be vacated and the case remanded to the trial court for entry of the parties' agreed modified order.

We grant the motion, vacate the judgment without reference to the merits, and remand this case to the trial court for rendition of an order in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Vacated and Remanded on Joint Motion

Filed:   February 12, 2014